1   Ronald D. Roup (94495) ron@rouplaw.com
2   Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
    Brad M. Simon (244369) brad@rouplaw.com
3   ROUP & ASSOCIATES, A LAW CORPORATION
    23101 Lake Center Drive, Suite 310
    Lake Forest, California 92630
4   *Phone:* (949) 472-2377
    *Fax:*   (949) 472-2317
5
6   Attorneys for Defendant,
    HSBC BANK USA, NATIONAL ASSOCIATION,
7   AS TRUSTEE, *erroneously sued as HSBC*

8               **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10

11

12  DAVID W. COLE; LORI L. KELLETT,    )   Case No.  **SACV09 -499 DOC (SSx)**
                                       )
13              Plaintiffs,            )   *[Removal from the Superior Court of*
                                       )   *California, County of Orange, Case*
14      vs.                            )   *No. 30-2009 00120116]*
                                       )
15  POPULAR MORTGAGE SERVICING;        )
    PEOPLE'S CHOICE HOME LOAN;         )
16  HSBC; HOME COMING FINANCIAL;       )   **NOTICE OF REMOVAL OF
    DOES 1 TO 50,                      )   ACTION UNDER 28 U.S.C. Sec.
17                                     )   1441(b) (FEDERAL QUESTION)
                Defendants             )   BY DEFENDANT HSBC BANK
18                                     )   USA, NATIONAL ASSOCIATION,
                                       )   AS TRUSTEE**
19  _____)

20

21          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22          PLEASE TAKE NOTICE that Defendant, "HSBC Bank USA, National

23  Association, as Indenture Trustee under the Indenture Relating to People's Choice

24  Home Loan Securities Trustee Series 2005-3, Mortgage Backed Notes, Series 2005-3"

25  *erroneously sued as HSBC* (hereinafter collectively "Removing Defendant"), hereby

26  removes to this Court the state court action entitled DAVID W. COLE; LORI L.

27  KELLETT v. POPULAR MORTGAGE SERVICING; PEOPLE'S CHOICE HOME

28  LOAN; HSBC; HOME COMING FINANCIAL; DOES 1 TO 50, of the Superior

1  Court of the State of California in and for the County of Orange, Case Number 30-
2  2009 00120116, to the United States District Court for the Central District of
3  California pursuant to Sections 1331, 1441(b) and (c), and 1446 of Title 28 of the
4  *United States Code* ("U.S.C.") on the following grounds:

5  **A.    SUBJECT MATTER JURISDICTION BASED UPON FEDERAL**
6  **QUESTION**

7      1.    This action is a civil action of which this Court has original jurisdiction
8  under 28 U.S.C. Sec. 1331, and is one which may be removed to this Court by
9  Removing Defendant pursuant to the provisions of 28 U.S.C. Sec. 1441(b) in that it
10  arises under certain provisions of the Truth-in-Lending Act ("TILA"), 15 USC §1611
11  et seq., Real Estate Settlement Procedures Act ("RESPA"), 15 USC §2605 et seq.,
12  Home Ownership and Equity Protection Act ("HOEPA"), 15 USC §1602, Fair Debt
13  Collection Practices Act, and 15 USC §1692.

14  **B.    THIS NOTICE OF REMOVAL IS TIMELY BECAUSE IT HAS**
15  **BEEN FILED WITHIN 30 DAYS AFTER PLAINTIFF'S SERVICE**
16  **OF THE COMPLAINT**

17      2.    On March 17, 2009, Plaintiffs, DAVID W. COLE and LORI L.
18  KELLETT (hereinafter collectively "Plaintiffs") filed a Complaint asserting, inter alia,
19  a claim for violations of certain provisions of the Truth-in-Lending Act ("TILA"), 15
20  USC §1611 et seq., Real Estate Settlement Procedures Act ("RESPA"), 15 USC §2605
21  et seq., Home Ownership and Equity Protection Act ("HOEPA"), 15 USC §1602, Fair
22  Debt Collection Practices Act, and 15 USC §1692 against Removing Defendant in the
23  Superior Court of California in and for the County of Orange.

24      3.    The first date upon which the Removing Defendant received a copy of
25  said Complaint was on or about March 26, 2009, when Defendant, Popular Mortgage
26  Servicing ("Popular Mortgage") was personally served with the Complaint. Popular
27  Mortgage consents and joins in the within Removal, and its joinder hereto is filed
28  concurrently herewith.

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. Sec. 1441(b) (FEDERAL QUESTION)

1    4.    Therefore, this Notice of Removal is timely in that it was filed within

2    thirty (30) days of the service of the Complaint and less than a year after the

3    commencement of the state court action. *See* 28 U.S.C. § 1446(b).

4    **C.    VENUE**

5    5.    The Superior Court of California for the County of Orange is located

6    within the United States District for the Central District of California. *See* 28 U.S.C.

7    § 84(c)(2). Thus, venue is proper in this Court because it is the "district and division

8    embracing the place where such action is pending." 28 U.S.C. § 1441(a).

9    Due to the location of the underlying State Court Action, this action should be

10   assigned to the Central District, Southern Division - Santa Ana Courthouse of this

11   Court because a substantial part of the events which give rise to the alleged claims

12   occurred in a county therein.

13   **D.    COMPLIANT WITH 28 U.S.C. § 1446**

14   6.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and

15   orders received by the Removing Defendant, including the Complaint, are attached to

16   this Notice of Removal as Exhibit A.  Specifically, Exhibit A hereto attaches the

17   following documents:

18          a.    Summons

19          b.    Complaint

20   7.    In compliance with 28 U.S.C. § 1446(d), Removing Defendant will serve

21   on Plaintiff and will file with the Clerk of the Superior Court of California, County of

22   Orange, a "Notice to the Clerk of the Superior Court and to Adverse Parties of Filing

23   of Notice of Removal of Civil Action to Federal Court," attaching a copy of this

24   Notice of Removal.

25   8.    No previous application has been made for the relief requested herein.

26   9.    Removing Defendant is not aware of any other parties that have been

27   served with the Complaint at this time.

28   ///

1      WHEREFORE, Removing Defendant removes this action from the California

2 Superior Court for the County of Orange to this Court pursuant to 28 U.S.C. §§ 1332,

3 1441 and 1446.

4

5 DATED: April 24, 2009            ROUP & ASSOCIATES,

6                                A LAW CORPORATION

7

8                  By:_____

9                     Joan C. Spaeder-Younkin

10                     Attorneys for Defendant, HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. Sec. 1441(b) (FEDERAL QUESTION)

# EXHIBIT "A"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Popular Mortgage Servicing;
**(AVISO AL DEMANDADO):** People's Choice Home Loan;
HSBC; Home Coming Financial
Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
David W. Cole
Lori L. Kellett

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 17 2009

ALAN CARLSON, Clerk of the Court

BY: _____R. LUCEY_____ , DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es):
700 Civic Center
Santa Ana, CA 92701

**CASE NUMBER:**
(Número del Caso):
30-2009
00120116

JUDGE KAZUHARU MAKINO
DEPT. C3

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Dave W. Cole
Lori L. Kellett
1911 Laguna Vista, Laguna Niguel, CA 92677
[949] 291-5779

**DATE:**
MARCH 17 2009              Clerk, by _____R. LUCEY_____ , Deputy
(Fecha)                    (Secretario)                      (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify): **Popular Mortage Serviing**

under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
       [ ] other (specify):
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

www.accesslaw.com

1  Dave W. Cole
2  Lori L. Kellett
   Plaintiffs in Pro Per
3  24911 Laguna Vista.
   Laguna Niguel, CA 92677
4  (949) 291- 5779

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 17 2009

ALAN CARLSON, Clerk of the Court

BY___B.LUCEY____DEPUTY

6              SUPERIOR COURT OF CALIFORNIA

7                  COUNTY OF ORANGE

9  DAVID W. COLE                     )
10 LORI L. KELLETT                   )          30-2009
11                    PLAINTIFFS     )   CASE NO:  00120116
                                     )
12 VS.                               )   COMPLAINT FOR DAMAGES AND RESCISSION
                                     )
13 POPULAR MORTGAGE SERVICING;       )
   PEOPLE'S CHOICE HOME LOAN;        )
14 HSBC;                             )   JUDGE KAZUHARU MAKINO
   HOME COMING FINANCIAL             )        DEPT. C3
15 DOES 1 TO 50                      )
                                     )
16                    DEFENDANTS     )

18                      **COMPLAINT**

19     COMES NOW, Plaintiffs David W. Cole and Lori L. Kellett, in

20 Pro Per who complain and allege as follows:

21     1. Plaintiffs David W. Cole and Lori L. Kellett at all times

23 relevant are or were the owners of real property commonly known

24 as: 24911 Laguna Vista, Laguna Niguel, CA 92677.

25                      PARCEL 1:

27 LOT 48 OF TRACT NO. 12319, IN THE CITY OF LAGUNA NIGUEL, COUNTY

28 OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 544,

                          1

PAGE(S) 21 TO 24, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE

OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

A SIDEYARD EASEMENT FOR GENERAL RESIDENTIAL YARD AND GARDEN

PURPOSES APPURTENANT TO PARCEL 1 ABOVE, OVER, UNDER, UPON AND

ACROSS THE NORTHEASTERLY PORTION OF LOT 47 OF SAIDN TRACT NO.

12319, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A" OF THE

NOTICE OF DECLARATION OF ANNEXATION, WINDROSE AT RANCHO NIGUEL

PHASE 2, RECORDED MARCH 11, 1986 AS INSTRUMENT NO. 86-095617 OF

OFFICIAL RECORDS OF SAID COUNTY ("NOTICE").

2. Defendant POPULAR MORTGAGE SERVICING, hereinafter

referred to as "POPULAR MORTGAGE," is a company who on

information and belief is conducting business in the State of

California and is qualified to conduct business in the State of

California.

3. Defendant PEOPLE'S CHOICE HOME LOAN, hereinafter referred

to as "PEOPLE'S CHOICE," is a company who on information and

belief is conducting business in the State of California and is

qualified to conduct business in the State of California.

4. Defendant HSBC, hereinafter referred to as "HSBC," is a

2

1  company who on information and belief is conducting business in
2  the State of California and is qualified to conduct business in
3  the State of California.

4      5. Defendant HOME COMING FINANCIAL, hereinafter referred to
5  as "HOME COMING," is a company who on information and belief is
6
7  conducting business in the State of California and is qualified
8  to conduct business in the State of California.

9      6. The true names of Defendants named herein as DOES 1
10 through 50, whether individual, corporate, associate or
11 otherwise, are presently unknown to Plaintiffs who therefore
12 sues said Defendants by such fictitious names; Plaintiffs are
13
14 informed and believe and thereon allege that each of the
15 Defendants so designated herein proximately caused and
16 contributed to the facts herein alleged, and Plaintiffs will ask
17 to leave of Court to amend the Complaint to insert the true
18 names and capacity of DOES 1 through 50 when the same have been
19
20 ascertained and to join such Defendants in this action.

21     7. Plaintiffs are informed and believe and thereon allege
22 that, at all times herein mentioned each of the Defendants sued
23 herein in relation to the property they claim an interest in was
24
25 the agent and employee of each of the remaining Defendants and
26 at all times was acting within the purpose and scope of such
27 agency employment.

28

3

8. On or about May 23, 2005, Plaintiffs executed an "Adjustable Rate Note" promising to People's Choice the sum of $644,000.00 by monthly payments.

9. The Adjustable Rate Note was based upon a six-month "LIBOR" Adjustable rate.

10. Plaintiffs allege that Defendants and each of them did not explain the working of the interest rate, how it is computed or its inherent volatility or interest only note.

11. Further, on information and belief, Plaintiffs allege that the Defendants charged and obtained improper fees for the placement of their loan as "sub-prime" when they qualified for a prime rate mortgage which would have generated less in fees and interest.

12. On information and belief, Plaintiffs allege that the service of the purported note was, without their knowledge, by some means may have transferred from or by Defendant either completely or by association or other means to another Defendant unknown to Plaintiffs provided services in various forms to others which were of such nature to render them a "Servicer" within the definition found within 26 U.S.C. S 2605.

13. The Deed of Trust was recorded on or about May 12, 2005 with the Orange County Recorder.

4

### FIRST CAUSE OF ACTION
(Violation of 15 U.S.C. S 1611 et seq.)
Against all Defendants

14.   Plaintiffs repeat and reallege Paragraphs 1 through 13 as though fully set forth herein.

15.   On information and belief, Plaintiffs allege that Defendants Popular Mortgage; People's Choice; HSBC; and Home Coming and each of them are agents or employees or persons actively involved in the extension of credit as the term is defined under the Truth in Lending Statute (TILA).

16.   On information and belief, Plaintiffs allege that Defendants and each of them are subject to the requirements of the Truth in Lending Statute (TILA) and have violated the requirements of the act in that among other things:

A. They have refused and continued to refuse to validate or otherwise make full accounting and the required disclosures as to the true finance charges and fees;

B. They have improperly retained funds belonging to Plaintiffs in amounts to be determined;

C. They have failed to disclose the status of the ownership of the loans.

17.   Plaintiffs further allege that these violations are such as to require rescission or cancellation of the loan herein and return of all funds received by Defendants from Plaintiffs.

18.   Plaintiffs further allege that they are entitled to compensatory damages in an amount to be determined at trial.

19.   Plaintiffs further allege that they are entitled to attorney fees according to statute in the event that they retain counsel.

20.   On information and belief, Plaintiffs allege that Defendants have acted in violation of the TILA act, willfully, maliciously, oppressively fraudulently and in conscious disregard for the rights of Plaintiffs and as such, Plaintiffs are entitled to punitive damages.

### SECOND CAUSE OF ACTION
(Violation of 26 U.S.C. S 2605 et seq.)
Against ALL Defendants

21.   Plaintiffs repeat and reallege Paragraphs 1 through 13 as though fully set forth herein.

22.   Based upon information and belief, and on that basis Plaintiffs allege that the Defendants and each of them fall within the requirements of the Real Estate Settlement Procedures Act (RESPA).

23.   Based upon information and belief, and on that basis Plaintiffs allege that Defendants and each of them, placed loans for the purpose of unlawfully increasing or otherwise obtaining

yield spread fees and sums in excess of what would have been lawfully earned.

24.  Based upon information and belief, and on that basis Plaintiffs allege that Popular Mortgage; People's Choice; HSBC; and Home Coming individually or jointly, are "Servicers" as that term is used within the RESPA act and either individually or jointly violated the requirements of 26 U.S.C. S 2605(B) in that the servicing contract or duties there under were transferred or hypothecated without the required notice.

25.  Plaintiffs allege that these violations require rescission of the loan and a return of all funds received by Defendants from Plaintiffs.

26.  Plaintiffs further allege that they are entitled to compensatory damages in an amount to be determined at trial.

27.  Plaintiffs further allege that they are entitled to attorney fees according to proof in the event that they retain counsel.

### THIRD CAUSE OF ACTION
(Violation of 15 U.S.C. S 1602 et seq.)
Against ALL Defendants

28.  Plaintiffs repeat and reallege Paragraphs 1 through 13 a though fully set forth herein.

29.  Based up information and belief, and on that basis

7

Plaintiffs allege that the mortgage obtained by Plaintiffs through Defendants by means unknown and enforced by other Defendants herein falls within the purview of 15 U.S.C. S 1602 et seq., commonly known as the "Home Ownership and Equity Protection Act of 1994" (HOEPA).

30.   Based upon information and belief, and on that basis Plaintiffs allege that the loan was placed in a violation of the HOEPA act as it was placed and administered and otherwise utilized without regard to Plaintiffs income or cash flow and with the intention of inducing a default.

31.   Plaintiffs became aware of this upon discovery of Defendants intent to wrongfully foreclose and sell their property.

32.   As a result and a legal consequence of the above actions, Plaintiffs has been damaged in a sum to be proven at trial.

### FOURTH CAUSE OF ACTION
(Violation of 15 U.S.C. S 1692)
Against ALL Defendants

33.   Plaintiffs repeat and reallege Paragraphs 1 through 13 as though they fully set forth herein.

34.   Based upon information and belief, Plaintiffs allege

8

that Defendants and each of them are "Debt Collectors" either

acting for them self or through agents as that term is used in

the United States Code.

35.  Plaintiffs allege that they duly and properly on more

than one occasion requested validation of the "debt" under 15

U.S.C. S 1692, the Fair Debt Collection Practices Act (FDCPA).

36.  Plaintiffs further allege that Defendants did not

respond to their demands in such a way as to meet the

requirements of the act.

37.  Plaintiffs is entitled to statutory damages under the

FDCPA.

### FIFTH CAUSE OF ACTION
(Breach of Fiduciary Duty)
Against ALL Defendants

38.  Plaintiffs repeat and reallege paragraphs 1 through

13 as though fully set forth herein.

39.  At all times relevant, Defendants created, accepted

and acted in a fiduciary relationship of great trust and acted

for and were the processors of property for the benefit of

Plaintiffs.

40.  Defendants further placed themselves in a position of

trust by virtue of the expertise represented by and through

their employees.

41.  Defendants breached their fiduciary duties owed to

9

Plaintiffs as they have acted and continue to act for their own benefit and to the detriment of Plaintiffs.

42. Among other things, they may have placed and negotiated loans without due care to the best interests of Plaintiffs or for the protection of her rights.

43. As a consequence and proximate result of the breach of fiduciary duties, Plaintiffs have suffered economic damages, loss of funds and payment of fees improperly incurred in an amount to be proved by trial.

44. On information and belief, Plaintiffs allege that Defendants have acted willfully, maliciously, oppressively fraudulently and in conscious disregard for the rights of Plaintiffs and as such, Plaintiffs are entitled to punitive damages.

### SIXTH CAUSE OF ACTION
(Breach of Covenant of Good Faith and Fair Dealing)
Against ALL Defendants

45. Plaintiffs repeat and reallege Paragraphs 1 through 13 as though fully set forth herein.

46. Plaintiffs allege that at all times there existed an implied covenant of good faith and fair dealing requiring Defendants, and each of them, to safeguard, protect, or otherwise care for the assets and rights of Plaintiffs.

10

1  Additionally said covenant prohibited Defendants from activities

2  interfering with or contrary to the rights of Plaintiffs.

3      47.   Plaintiffs allege that the commencement of foreclosure

4  proceedings upon the property lawfully belonging to Plaintiffs

5  without the production of documents demonstrating the lawful

6  rights for the foreclosure constitutes a breach of the implied

7  covenant.

8

9      48.   As a consequence and proximate result, Plaintiffs have

10 been damaged in a sum to be proven at trial.

11

12
                        SEVENTH CAUSE OF ACTION
13                         (Injunctive Relief)
                          Against ALL Defendants
14

15

16     49.   Plaintiffs repeat and reallege paragraphs 1 through

17 13 as though fully set forth herein.

18     50.   Plaintiffs seeks a determination as to the legal

19 status of the parties to the Adjustable Rate Note and the Deed

20 of Trust.

21

22     51.   Defendants claim that they are the lawful beneficiary.

23     52.   Defendants should be required to provide the original

24 note and all subsequent notes with appropriate endorsements

25 thereon so the court may determine under California Law, who

26 owns the property.

27

28

                                11

## EIGHTH CAUSE OF ACTION
(For Declaratory Relief)
Against ALL Defendants

53.  Plaintiffs repeat and reallege Paragraphs 1 through 13 as though fully set forth herein.

54.  A dispute has arisen between and among Plaintiffs and Defendants and each of them as to duties and obligations of the respective parties with regard to the loan and foreclosure.

55.  These disputes concern, but are not limited to, the ownership rights and the validity of the foreclosure process.

56.  Plaintiffs further allege that a declaration of rights and duties of the parties herein is essential to determine the actual status and validity of the loan, Deed of Trust, nominated beneficiaries, actual beneficiaries, loan servicers, trustees instituting foreclosure proceedings and related matters.

WHEREFORE, Plaintiffs prays for damages as follows:

1. For compensatory damages in an amount in excess of Twenty Five Thousand Dollars ($25,000.00);

2. For punitive damages in the amount in excess of Twenty Five Thousand Dollars ($25,000.00);

3. For any statory or compensatory damages according to proof;

4. For rescission of the contract and loan.

12

5. For attorney's fees in the event that counsel is retained;

6. For such other and further relief as the Court deems just and proper.


DATED this _27th_ day of February, 2009



_____
DAVID W. COLE
Plaintiff, in Pro Per

_____
LORI L. KELLETT
Plaintiff, In Pro Per

13

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DAVID W. COLE and LORI L. KELLETT | POPULAR MORTGAGE SERVICING; PEOPLE'S CHOICE HOME LOAN; HSBC; HOME COMING FINANCIAL; DOES 1 TO 50 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| David W. Cole<br>Lori L. Kellett<br>24911 Laguna Vista, Laguna Niguel, CA 92677: (949) 291-5779 | Joan C. Spaeder-Younkin<br>Ronald D. Roup<br>Roup & Associates, A Law Corporation<br>23101 Lake Center Drive, Suite 310, Lake Forest, CA 92630: (949) 472-2377 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC §1441(b); 15 USC §1611; 15 USC §2605; 15 USC §1692

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco-mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV09 -499 DOC (SSx)**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date   4/24/09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## SACV09- 499 DOC (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] **Western Division** | [X] **Southern Division** | [_] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY