# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. SA CV09-0499-DOC(SSx) | | Date August 17, 2009 |
| Title DAVID W. COLE, ET. AL., -V- POPULAR MORTGAGE SERVICING, ET. AL., | | |

| Present: The Honorable | DAVID O. CARTER | |
|---|---|---|
| Kristee Hopkins | NONE PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings:   (In Chambers)   ORDER SETTING ORDER TO SHOW CAUSE RE: DISMISSAL

     This matter was set for Scheduling Conference by order dated June 17, 2009. Counsel were ordered to personally appear for proceedings on August 17, 2009. The matter was called for hearing and no appearance was made by counsel or parties. Accordingly, this matter is now set for an Order to Show Cause Hearing re: Dismissal on **August 24, 2009 at 8:30 a.m.**, to determine why this case should not be dismissed for lack of prosecution. All counsel and/or parties are ordered to personally appear.

     The Clerk shall serve this minute order on counsel for all parties in this action.

                                                   : 0

Initials of Preparer   kh